NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENGLE GRANGE, LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2022-1524

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01334.

---

**JUDGMENT**

---

C. DOUGLASS THOMAS, TI Law Group, PC, San Jose, CA, argued for appellant.

DAVID C. SEASTRUNK, Unified Patents, LLC, Chevy Chase, MD, argued for appellee.  Also represented by MICHELLE ASPEN, ROSHAN MANSINGHANI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 4, 2023</u>          <u>/s/ Peter R. Marksteiner</u>
Date                Peter R. Marksteiner
                    Clerk of Court